**FILED**

NOV 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**SEALED**

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          CASE NO. 16 - SW - 0734   KJN

12  The Cellular Telephone Assigned Call Number    [PROPOSED] ORDER COMMANDING
    (510) 309-5370                                  T-MOBILE NOT TO NOTIFY ANY PERSON OF
13                                                  THE EXISTENCE OF WARRANT

14
                                             **UNDER SEAL**
15

16

17         The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18  the Court issue an Order commanding T-Mobile, an electronic communication service provider and/or a

19  remote computing service, not to notify any person (including the subscribers and customers of the

20  account(s) listed in the warrant) of the existence of the attached warrant for 180 days, subject to further

21  extension by the Court.

22         The Court determines that there is reason to believe that notification of the existence of the

23  attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

24  targets an opportunity to flee; destroy or tamper with evidence; or change patterns of behavior.

25  See 18 U.S.C. § 2705(b).

26         IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile shall not disclose the

27  existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other

28  person for 180 days, subject to further extension by the Court, unless and until otherwise authorized to

1  do so by the Court, except that T-Mobile may disclose the attached warrant to an attorney for T-Mobile

2  for the purpose of receiving legal advice.

3      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4  ordered by the Court.

5

6

7  Dated: _____Nov 2/ 2016_____

8                                       The Honorable Kendall J. Newman
                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION