PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
JUL 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (510) 309-5370 | CASE NO. 2:17-SW-336 CKD<br>2:16-SW-734 KJN<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics and counterfeit pharmaceutical production and distribution activities of the parties named in the application and orders, signed November 21, 2016 and May 9, 2017, which authorized agents of the DEA to ascertain the physical location of the T-Mobile cellular telephone currently assigned: (510) 309-5370 (the "Target Cell Phone"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the Target Cell Phone (the "Requested Information"), for a period of 30 days.

The Government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets. The Government has acknowledged that this request is not timely, but has submitted facts demonstrating that the investigation has continued and that the failure to seek authorization to delay notice in a timely manner has not unfairly prejudice the user of the Target Cell Phone.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order. As to both

1  orders, notice is postponed to October 12, 2017.

2      Should the United States seek further postponement of the time within which it must serve the
3  notice, it shall make further application to this Court.

4      IT IS SO ORDERED.

6  Dated: July 14, 2017

    Hon. Kendall J. Newman
    U.S. MAGISTRATE JUDGE